# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**207**
**CA 16-01209**
PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, CURRAN, AND SCUDDER, JJ.

---

MICHAEL J. JONES, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

MAUREEN E. TORPEY, KATHRYN F. TORPEY,
DEFENDANTS-APPELLANTS,
CANEISHA N. DOSS AND LARRY D. DOSS,
DEFENDANTS-RESPONDENTS.
(APPEAL NO. 1.)

---

LAW OFFICES OF VICTOR M. WRIGHT, ORCHARD PARK (RACHEL EMMINGER OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

DOLCE PANEPINTO, P.C., BUFFALO (JONATHAN M. GORSKI OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (LAUREN M. YANNUZZI OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered January 14, 2016. The order, among other things, granted plaintiff's motion for partial summary judgment.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985).

Entered: February 3, 2017                          Frances E. Cafarell
                                                   Clerk of the Court